UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Brian Paisley<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-12626-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 21st day of November, 2024, by first class mail upon those listed below:

Michael Brian Paisley
6048 Fisher Drive
Narvon, PA  17555

**Electronically via CM/ECF System Only:**

NICHOLAS G. PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER, PA  17331

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee