Certificate Number: 16339-PAE-DE-039394516

Bankruptcy Case Number: 24-12626



16339-PAE-DE-039394516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2025, at 6:39 o'clock PM EST, Michael Paisley completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 2, 2025                    By:    /s/Kelley Tipton

                                        Name:  Kelley Tipton

                                        Title: Certified Financial Counselor