L.B.F. 3007-1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **MICHAEL BRIAN PAISLEY** | **CHAPTER 13** |
| | **DEBTOR** | |
| | | **CASE NO. 24-12626-PMM** |
| | **MICHAEL BRIAN PAISLEY** | |
| | **MOVANT** | |

VS.

**CASTLE CREDIT CO**
**HOLDINGS, LLC**
**RESPONDENT**

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**Michael Brian Paisley has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**. **(If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on 09/30/2025, at 11:00 a.m., United States Bankruptcy Court (201 Penn Street, 4th Floor, Reading PA). If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: August 22, 2025 					Respectfully Submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax