| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-12626-PMM**

| | |
|---|---|
| Michael Brian Paisley | Petition Filed Date: 07/30/2024 |
| 6048 Fisher Drive | 341 Hearing Date: 09/10/2024 |
| Narvon PA 17555 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $895.00 | | 09/12/2024 | $895.00 | | 10/15/2024 | $686.00 | |
| 11/13/2024 | $686.00 | | 12/12/2024 | $686.00 | | 01/13/2025 | $686.00 | |
| 02/12/2025 | $686.00 | | 03/12/2025 | $686.00 | | 04/14/2025 | $686.00 | |
| 05/12/2025 | $686.00 | | 06/12/2025 | $686.00 | | 07/14/2025 | $686.00 | |

**Total Receipts for the Period: $8,650.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,336.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRSTMARK SERVICES »» 001 | Unsecured Creditors | $2,061.62 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $1,166.14 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $45.10 | $0.00 | $0.00 |
| 4 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC »» 003 | Unsecured Creditors | $5,115.18 | $0.00 | $0.00 |
| 5 | CASTLE CREDIT CO HOLDINGS, LLC »» 04S | Secured Creditors | $1,988.73 | $0.00 | $0.00 |
| 6 | CASTLE CREDIT CO HOLDINGS, LLC »» 04U | Unsecured Creditors | $5,481.83 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORPORATION »» 005 | Secured Creditors | $703.20 | $0.00 | $0.00 |
| 8 | GREENSKY LLC »» 006 | Unsecured Creditors | $13,057.46 | $0.00 | $0.00 |
| 9 | GREENSKY LLC »» 007 | Unsecured Creditors | $7,704.34 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $9,472.82 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $3,386.15 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $3,642.19 | $0.00 | $0.00 |
| 13 | US BANK NA »» 011 | Unsecured Creditors | $7,770.15 | $0.00 | $0.00 |
| 14 | RESURGENT RECEIVABLES, LLC »» 012 | Unsecured Creditors | $8,567.72 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12626-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK NEVADA NA »» 013 | Unsecured Creditors | $10,862.11 | $0.00 | $0.00 |
| 16 | NATIONSTAR MORTGAGE LLC »» 014 | Mortgage Arrears | $301.96 | $0.00 | $0.00 |
| 0 | NICHOLAS G. PLATT, ESQUIRE | Attorney Fees | $4,331.00 | $0.00 | $4,331.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,336.00 | Current Monthly Payment: | $686.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,372.00) |
| Paid to Trustee: | $738.09 | Total Plan Base: | $24,428.00 |
| Funds on Hand: | $8,597.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.