### IN THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL BRIAN PAISLEY  CHAPTER 13
DEBTOR(S)

CASE NO. 1:23-bk- 01055-HWV

### WITHDRAWAL OF CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY FOR ORDER SUSTAINING THE OBJECTION TO PROOF OF CLAIM #4 FILED BY CASTLE CREDIT CO HOLDINGS, LLC

Please withdraw our Certificate of Service, No Response and Request for Entry For Order Sustaining the objection to Proof of Claim #4 filed by Castle Credit CO Holdings, LLC at docket entry #27.

Dated: September 30, 2025                                Respectfully Submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone