*Form 242* (3/23)–doc 29 – 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Michael Brian Paisley ) Case No. 24–12626–pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF INACCURATE FILING

Re: Doc.# [28] Certificate of no response

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☑ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: **INCORRECT DISTRICT, INCORRECT CASE NUMBER AND INCORRECT EVENT CODE DOCKETED**

In order for this matter to proceed, please submit the above noted correction on or before October 14, 2025, otherwise, the matter will be referred to the Court.

Date: September 30, 2025

For The Court

Mohung Wong
Clerk of Court