**IN THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:     MICHAEL BRIAN PAISLEY | CHAPTER 13 |
| DEBTOR(S) | CASE NO. 1:24-bk-12626-PMM |

**AMENDED WITHDRAWAL OF CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY FOR ORDER SUSTAINING THE OBJECTION TO PROOF OF CLAIM #4 FILED BY CASTLE CREDIT CO HOLDINGS, LLC**

Please withdraw our Certificate of Service, No Response and Request for Entry For Order Sustaining the objection to Proof of Claim #4 filed by Castle Credit CO Holdings, LLC at docket entry #27.

Dated: September 30, 2025                                    Respectfully Submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone