IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL BRIAN PAISLEY                     CHAPTER 13
                            DEBTOR
                                                    CASE NO. 24-12626-PMM

MICHAEL BRIAN PAISLEY
                            MOVANT

VS.

CASTLE CREDIT CO
HOLDINGS, LLC
                            RESPONDENT

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #4 FILED BY CASTLE CREDIT CO HOLDINGS, LLC

Upon consideration of the Objection to Proof of Claim #4 Filed by Castle Credit Co Holdings, LLC filed herein by the Debtor, the Court hereby orders Claim #4 filed by Castle Credit Co Holdings, LLC is reclassified as unsecured in its entirety.

**Date: October 2, 2025**

_____
Judge Patricia M. Mayer