United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Brian Paisley  
    Debtor

Case No. 24-12626-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 02, 2025      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Brian Paisley, 6048 Fisher Drive, Narvon, PA 17555-9634 |
| 14911246 | + | Bonnie Johnson, 6048 Fisher Drive, Narvon, PA 17555-9634 |
| 14911248 | | Castle Credit Co. Holdings LLC, P O Box 91910, Sioux Falls, SD 57109-1910 |
| 14911252 | | Elan Financial Service/Fulton Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14914261 | + | NATIONSTAR MORTGAGE LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14914256 | + | National Education Loan, Firstmark Services, PO Box 82522, Firstmark Services, Lincoln, NE 68501-2522 |
| 14911259 | + | Nationstar Mortgage, P O Box 7729, Springfield, OH 45501-7729 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14911247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:27:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14919350 | + | Email/Text: legal@castlecredit.com | Oct 03 2025 00:17:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 14911249 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2025 00:27:52 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14911250 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | Comenity Bank, Atten: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14911251 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14911253 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 03 2025 00:16:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 14911254 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 03 2025 00:17:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 14911255 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 03 2025 00:17:00 | GreenSky Financial, Attn: Bankruptcy, 5565 Glenridge Connector Ste 700, Atlanta, GA 30342-4796 |
| 14924458 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 03 2025 00:17:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 14911256 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 00:17:00 | IRS, P.O. Box 802502, Cincinnati, OH 45280-2502 |
| 14925265 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2025 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14911257 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:27:18 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Oct 02, 2025 | Form ID: 155 | Total Noticed: 34

| Recipient # | Flag | Delivery Method | Timestamp | Address |
|---|---|---|---|---|
| 14911258 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 03 2025 00:16:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14929051 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 00:17:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14914150 | ^ | MEBN | Oct 03 2025 00:15:39 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14924878 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 00:27:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14915889 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 00:17:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14927517 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:27:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14911260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:27:59 | Syncb/brgstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14911261 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:40:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14911262 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:40:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14911263 | ^ | MEBN | Oct 03 2025 00:16:04 | Toyota Financial Services, P O Box 22171, Tempe, AZ 85285-2171 |
| 14922094 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 03 2025 00:17:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14925321 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 03 2025 00:17:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14911264 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 03 2025 00:17:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14911265 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 03 2025 00:26:32 | Wells Fargo Bank NA, 1 Home Campus, 3rd Floor, Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14928206 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 03 2025 01:25:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 02, 2025 | Form ID: 155 | Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| NICHOLAS G. PLATT | on behalf of Debtor Michael Brian Paisley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Michael Brian Paisley )   Case No. 24−12626−pmm
)
)
Debtor(s). )   Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 2, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court