Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael Brian Paisley
6048 Fisher Drive
Narvon, PA 17555

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12626-PMM**

Petition Filed Date: 07/30/2024
341 Hearing Date: 09/10/2024
Confirmation Date: 10/02/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $686.00 | | 09/12/2025 | $686.00 | | 10/16/2025 | $686.00 | |
| 11/13/2025 | $686.00 | | 12/12/2025 | $686.00 | | 01/12/2026 | $686.00 | |
| 02/12/2026 | $686.00 | | 03/12/2026 | $686.00 | | 04/13/2026 | $686.00 | |
| 05/12/2026 | $686.00 | | 06/12/2026 | $686.00 | | 07/13/2026 | $686.00 | |

**Total Receipts for the Period: $8,232.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,568.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRSTMARK SERVICES<br>»» 001 | Unsecured Creditors | $2,061.62 | $0.00 | $2,061.62 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $1,166.14 | $1,166.14 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $45.10 | $0.00 | $45.10 |
| 4 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 003 | Unsecured Creditors | $5,115.18 | $0.00 | $5,115.18 |
| 5 | CASTLE CREDIT CO HOLDINGS, LLC<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CASTLE CREDIT CO HOLDINGS, LLC<br>»» 04U | Unsecured Creditors | $15,481.83 | $9,708.86 | $5,772.97 |
| 7 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 005 | Secured Creditors | $703.20 | $703.20 | $0.00 |
| 8 | GREENSKY INC #3877<br>»» 006 | Unsecured Creditors | $13,057.46 | $0.00 | $13,057.46 |
| 9 | GREENSKY INC #3877<br>»» 007 | Unsecured Creditors | $7,704.34 | $0.00 | $7,704.34 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $9,472.82 | $0.00 | $9,472.82 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $3,386.15 | $0.00 | $3,386.15 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $3,642.19 | $0.00 | $3,642.19 |

**Chapter 13 Case No. 24-12626-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | US BANK NA<br>»» 011 | Unsecured Creditors | $7,770.15 | $0.00 | $7,770.15 |
| 14 | RESURGENT RECEIVABLES, LLC<br>»» 012 | Unsecured Creditors | $8,567.72 | $0.00 | $8,567.72 |
| 15 | WELLS FARGO BANK NEVADA NA<br>»» 013 | Unsecured Creditors | $10,862.11 | $0.00 | $10,862.11 |
| 16 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 014 | Mortgage Arrears | $301.96 | $301.96 | $0.00 |
| 0 | NICHOLAS G. PLATT, ESQUIRE | Attorney Fees | $4,331.00 | $4,331.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,568.00 | Current Monthly Payment: | $686.00 |
| Paid to Claims: | $16,211.16 | Arrearages: | ($1,372.00) |
| Paid to Trustee: | $1,356.84 | Total Plan Base: | $24,428.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.